Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Alfonso Corona Lopez | Chapter 13 |
| Sara Solis | Case No.: 8:12-bk-20482-MW |
|  | **NOTICE OF UNCLAIMED DIVIDEND** |
|  | **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302738** in the sum of **$25.19** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

Alfonso Corona Lopez
Sara Solis
2306 West Coronet Ave.
Anaheim, CA 92801

Date: December 6, 2017        /S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1220482 | Alfonso Corona Lopez & Sara Solis | | | XXX-XX-0612 | 25.19 | 0.00 | 25.19 |
| | ACCT: | Claim: 00000 | UCI: | XXX-XX-8466 | | | |
| | | | | TOTALS | 25.19 | 0.00 | 25.19 |

Alfonso Corona Lopez
Sara Solis
BALANCE:         0.00     [0.00  104/00000]
SSN: XXX-XX-0612    SSN: XXX-XX-8466
ACCT:                                   CASE: 1220482
PRINCIPAL:        25.19    INTEREST:           0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0302738

Oct 20, 2017

VOID 90 DAYS FROM DATE

********$25.19

PAY   Twenty Five And 19 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302738⑈ ⑆061100790⑆ 000000575186 2⑈